# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| AMADO ZARATE | ) | |
| | ) | |
| v. | ) | CV 213-165 |
| | ) | |
| TAYLOR ATLANTIC, et al | ) | |

## ORDER

The parties have filed a Stipulation of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41. This Dismissal is hereby GRANTED and all claims against the defendants are dismissed without prejudice. The Clerk is ordered to close this case.

SO ORDERED this ___ day of October, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA